UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| HUGO HERNANDEZ-CEREN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WILLIAM BARR, et al., ) <br> ) <br> Respondents. ) | Case No.: 4:19-cv-00039-LSC-SGC |

## MEMORANDUM OPINION

The magistrate judge entered a report on April 24, 2019, recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be dismissed without prejudice as premature. (Doc. 12). The petitioner timely filed objections. (Doc. 13).

The petitioner objects to the recommendation that the petition be denied as prematurely filed. (Doc. 13 at 2). Specifically, the petitioner contends the magistrate judge erred in finding the stay of removal entered by the Ninth Circuit interrupted the running of the six-month presumptively reasonable removal period set forth in *Zadvydas v. Davis*, 533 U.S. 678 (2001). However, Eleventh Circuit precedent requires the expiration of the six-month period prior to the filing of a § 2241petition. *Akinwale v. Ashcroft*, 287 F.3d 1050, 1052 (11th Cir. 2002). The six month period does not begin to run until the later of: (1) the date the order of

removal becomes administratively final; or (2) "if the removal order is judicially reviewed and if a court orders a stay of the removal of the alien, the date of the court's final order." 8 U.S.C. §§ 1231(a)(1)(B)(i)-(ii). When the Ninth Circuit issued its stay of removal on March 20, 2019,[1] the petitioner's presumptive removal period ceased to run. *Akinwale*, 287 F.3d at 1052 n.4 (motion to stay deportation "interrupt[s] the running of time under *Zadvydas*"). Therefore, this petition is premature.

After a *de novo* consideration of the entire file in this action, including the report and recommendation and the petitioner's objections thereto, the court **OVERRULES** the petitioner's objections, **ADOPTS** the magistrate judge's report, and **ACCEPTS** her recommendation. The court finds the petition for writ of habeas corpus is due to be dismissed without prejudice as premature.

A separate order will be entered.

**DONE** AND **ORDERED** ON MAY 22, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
160704

---

[1] *See Ceren v. Barr*, Appeal No 18-72612 (9th Cir. Mar. 20, 2019).